JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS DIAB STUDIO, a California sole proprietorship,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN LEVINE, an individual; CARLY LEVINE, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | No. 2:23-cv-06486-KK-RAO<br><br>**ORDER GRANTING PARTIES' STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>**Hon. Kenly Kiya Kato**<br><br>Action Filed: June 27, 2023<br>Removed: August 9, 2023<br>Countercomplaint filed:<br>    October 19, 2023 |
| RYAN LEVINE, an individual; CARLY LEVINE, an individual,<br><br>    Counterclaimants,<br><br>    v.<br><br>JESS DIAB STUDIO, a California sole proprietorship,<br><br>    Counterclaim-Defendant. | |

**ORDER**

The Court, having considered Jess Diab Studio, Ryan LeVine, and Carly LeVine's stipulation by and through their counsel of record to dismiss all claims and counterclaims in this action with prejudice, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the Parties' claims and counterclaims asserted in this action are hereby dismissed with prejudice, an all Parties are to bear their own attorneys' fees and costs incurred in this action.

Dated: January 10, 2024

Honorable Kenly Kiya Kato
Judge of the United States District Court